## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: BENSON, PAUL L.<br>BENSON, ROBIN S.<br>GLACIER TREATS, INC.<br>Debtor(s) | § Case No. 06-15721<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/15/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 11/19/2009          By: /s/BRADLEY J. WALLER
                                     Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: BENSON, PAUL L.          § Case No. 06-15721
   BENSON, ROBIN S.        §
   GLACIER TREATS, INC.    §
Debtor(s)                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 7,053.92 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 7,053.92 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,455.39 | $ 171.50 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,677.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 62.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Com Ed | $ 1,122.55 | $ 702.10 |
| 2 | Discover Bank/Discover Financial Services | $ 3,571.68 | $ 2,233.88 |
| 3 | Lockport Dental Group | $ 445.30 | $ 278.51 |
| 6 | GE Money Bank d/b/a JCPenney | $ 164.42 | $ 102.84 |
| 7 | Classic Mix | $ 327.75 | $ 204.99 |
| 9 | Kohls/Chase Bank USA,N.A. | $ 181.54 | $ 113.54 |
| 10 | Law Offices of Barry Serota & Assoc | $ 1,566.25 | $ 979.60 |
| 11 | Household Bank (SB), N.A. | $ 84.44 | $ 52.81 |
| 13 | LVNV Funding LLC its successors and assigns as | $ 551.95 | $ 345.21 |
| 14 | Rich Lane | $ 445.50 | $ 278.64 |
| 15 | Roundup Funding, LLC | $ 215.71 | $ 134.91 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF SERVICE

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1           User: mgonzalez            Page 1 of 2            Date Rcvd: Jan 29, 2007
Case: 06-15721                 Form ID: ntcftfc7          Total Served: 37

The following entities were served by first class mail on Jan 31, 2007.
db          +Paul L. Benson,    407 Bevan Dr. E,    Joliet, IL 60435-5608
jdb         +Robin S. Benson,   407 Bevan Dr. E,    Joliet, IL 60435-5608
aty         +John C Renzi,    June Prodehl & Renzi LLC,    1861 Black Road,    Joliet, IL 60435-3420
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
11038232     AT & T,    P.O. Box 9001309,    Louisville, KY 40290-1309
11038233    +Business License Inspector,    City of Joliet,    150 W. Jefferson St.,    Joliet, IL 60432-4158
11038234    +Chase Manhattan Mortgage,    3415 Vision Dr.,    Columbus, OH 43219-6009
11038235     Cingular Wireless,    P.O. Box 6428,    Carol Stream, IL 60197-6428
11038236     Citicards,    P.O. Box 688915,    Des Moines, IA 50368-8915
11038237     Classic Mix,    601 South Commercial St.,    P.O. Box 617,    Neenah, WI 54957-0617
11038238   +++Com Ed,    attn: Bankruptcy Section/Revenue Mgmt,    2100 Swift Drive,    Oakbrook, IL 60523-1559
11038240    +Dr. Ernesto Tan,    2400 Glenwood Ave.,    Ste. 210,    Joliet, IL 60435-5498
11038241    +Dr. Heinzel & Bebar, L.L.C.,    1523 Plainfield Rd.,    Joliet, IL 60435-4095
11038243    +First American Bank,    P.O. Box 7983,    Elk Grove Village, IL 60009-7983
11038244    +GEMB JCP,    P.O. Box 981400,    El Paso, TX 79998-1400
11038246    +HSBC Bergners,    P.O. Box 15521,    Wilmington, DE 19850-5521
11038247    +HSBC Yamaha Motor Corp.,    P.O. Box 15521,    Wilmington, DE 19850-5521
11038248     Illinois Department of Security,    P.O. Box 803414,    Chicago, IL 60680-3414
11038249    +Illinois Dept. of Revenue,    Banruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11038251     Jesse White,    Secretary of State , Dept. of Bus.,    501 S. 2nd St.,    Springfield, IL 62756-5510
11038252    +Joliet Disposal,    P.O. Box 3716,    Joliet, IL 60434-3716
11038253    +Joliet Municipal Services,    150 W. Jefferson St.,    Joliet, IL 60432-4158
11038255    +Law Offices of Barry Serota & Assoc,    P.O. Box 1008,    Arlington Heights, IL 60006-1008
11038256    +Lockport Dental Group,    230 East Eighth Street,    Ste. 5,    Lockport, IL 60441-3081
11038257    +Marathon Ashland,    539 S. Main St.,    Findlay, OH 45840-3229
11038258    +Montanta Investements,    3101 W. Jefferson St.,    Joliet, IL 60435-4733
11038259     National City,    P.O. Box 856176,    Louisville, KY 40285-6176
11038261     Provean St. Joseph'sMedical Center,    c/o Creditors Collection Bureau,    P.O. Box 63,
              Kankakee, IL 60901-0063
11038262    +Rich Lane,    3105 Theodore,    Joliet, IL 60435-5289
11038264    +Silverleaf Club,    P.O. Box 359,    Dallas, TX 75313-0359
11038265     Silverleaf Resorts,    P.O. Box 910231,    Dallas, TX 75391-0231
11038266    +Taylor Freezers,    1885 Earhart Dr.,    Sandwich, IL 60548-9413
The following entities were served by electronic transmission on Jan 30, 2007.
11038235     EDI: CINGULAR.COM Jan 29 2007 23:19:00      Cingular Wireless,    P.O. Box 6428,
              Carol Stream, IL 60197-6428
11038239     EDI: DISCOVER.COM Jan 29 2007 23:19:00      Discover Financial Services,    P.O. Box 15316,
              Wilmington, DE 19850-5316
11038242     EDI: TSYS2.COM Jan 29 2007 23:19:00      Fashion Bug,    P.O. Box 856021,
              Louisville, KY 40285-6021
11038246    +EDI: HFC.COM Jan 29 2007 23:19:00      HSBC Bergners,    P.O. Box 15521,    Wilmington, DE 19850-5521
11038247    +EDI: HFC.COM Jan 29 2007 23:19:00      HSBC Yamaha Motor Corp.,    P.O. Box 15521,
              Wilmington, DE 19850-5521
11038250    +EDI: IRS.COM Jan 29 2007 23:19:00      Internal Revenue Service.,    Mail Stop 5016 CHI,
              230 S.Dearborn,    Chicago, IL 60604-1505
11038254    +EDI: CBSKOHLS.COM Jan 29 2007 23:19:00      Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
11038260    +E-mail/Text: bankrup@nicor.com                          Nicor Gas,
              Attn: Bankruptcy & Collections,    P.O. Box 549,    Aurora, IL 60507-0549
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11038245     Glacier Treats
11038263     Sears/ CBSD,    8725 W. Sahara Ave.,    MC02-02-03,    WA 98163
                                                                                              TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2              Date Rcvd: Jan 29, 2007
Case: 06-15721                Form ID: ntcftfc7        Total Served: 37
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2007                    Signature:    _Joseph Speetjens_

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez              Page 1 of 2                   Date Rcvd: Dec 14, 2009
Case: 06-15721                Form ID: pdf006              Total Noticed: 45


The following entities were noticed by first class mail on Dec 16, 2009.
db/jdb         +Paul L. Benson,    Robin S. Benson,    407 Bevan Dr. E,    Joliet, IL 60435-5608
aty            +John C Renzi,    June Prodehl & Renzi LLC,    1861 Black Road,    Joliet, IL 60435-3591
tr             +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
                 Sycamore, IL 60178-3140
11038232        AT & T,    P.O. Box 9001309,    Louisville, KY 40290-1309
11038233       +Business License Inspector,    City of Joliet,    150 W. Jefferson St.,    Joliet, IL 60432-4158
11038234       +Chase Manhattan Mortgage,    3415 Vision Dr.,    Columbus, OH 43219-6009
11038235        Cingular Wireless,    P.O. Box 6428,    Carol Stream, IL 60197-6428
11038236        Citicards,    P.O. Box 688915,    Des Moines, IA 50368-8915
11038237        Classic Mix,    601 South Commercial St.,    P.O. Box 617,    Neenah, WI 54957-0617
11038238      +++Com Ed,    attn: Bankruptcy Section/Revenue Mgmt,    2100 Swift Drive,    Oakbrook, IL 60523-1559
11038240       +Dr. Ernesto Tan,    2400 Glenwood Ave.,    Ste. 210,    Joliet, IL 60435-5498
11038241       +Dr. Heinzel & Bebar, L.L.C.,    1523 Plainfield Rd.,    Joliet, IL 60435-4095
11038242        Fashion Bug,    P.O. Box 856021,    Louisville, KY 40285-6021
11038243       +First American Bank,    P.O. Box 7983,    Elk Grove Village, IL 60009-7983
11169938       +First American Bank,    80 Stratford Drive,    Bloomingdale, IL 60108-2219
11038246       +HSBC Bergners,    P.O. Box 15521,    Wilmington, DE 19850-5521
11038247      +++Household Bank (SB) NA Yamaha,    c/o Bass & Associates PC,    3936 E Ft Lowell Rd Suite 200,
                 Tucson, AZ 85712-1083
11240560       +Household Bank (SB), N.A.,    eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
11038250      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service.,    Mail Stop 5016 CHI,    230 S.Dearborn,
                 Chicago, IL 60604)
11038248        Illinois Department of Security,    P.O. Box 803414,    Chicago, IL 60680-3414
11038249       +Illinois Dept. of Revenue,    Banruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11038251        Jesse White,    Secretary of State , Dept. of Bus.,    501 S. 2nd St.,    Springfield, IL 62756-5510
11038252       +Joliet Disposal,    P.O. Box 3716,    Joliet, IL 60434-3716
11038253       +Joliet Municipal Services,    150 W. Jefferson St.,    Joliet, IL 60432-4158
11208907       +Kohls/Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                 Dallas, TX 75374-0933
11038255       +Law Offices of Barry Serota & Assoc,    P.O. Box 1008,    Arlington Heights, IL 60006-1008
11038256       +Lockport Dental Group,    230 East Eighth Street,    Ste. 5,    Lockport, IL 60441-3081
11038257       +Marathon Ashland,    539 S. Main St.,    Findlay, OH 45840-3229
11038258       +Montana Investements,    3101 W. Jefferson St.,    Joliet, IL 60435-4733
11038259        National City,    P.O. Box 856176,    Louisville, KY 40285-6176
11038261        Provean St. Joseph'sMedical Center,    c/o Creditors Collection Bureau,    P.O. Box 63,
                 Kankakee, IL 60901-0063
11038262       +Rich Lane,    3105 Theodore,    Joliet, IL 60435-5289
11038264        Silverleaf Club,    P.O. Box 359,    Dallas, TX 75221
11038265        Silverleaf Resorts,    P.O. Box 910231,    Dallas, TX 75391-0231
11038266       +Taylor Freezers,    1885 Earhart Dr.,    Sandwich, IL 60548-9413

The following entities were noticed by electronic transmission on Dec 14, 2009.
12407634       +E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2009 00:52:26     Capital Recovery One,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11038239        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2009 01:15:02     Discover Financial Services,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
11154005       +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2009 01:15:02
                 Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
11038244       +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2009 00:52:26     GEMB JCP,    P.O. Box 981400,
                 El Paso, TX 79998-1400
11038254       +E-mail/PDF: cr-bankruptcy@kohls.com Dec 15 2009 01:15:02     Kohl's,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
11260551        E-mail/Text: resurgentbknotifications@resurgent.com
                 LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11038260       +E-mail/Text: bankrup@nicor.com                              Nicor Gas,
                 Attn: Bankruptcy & Collections,    P.O. Box 549,    Aurora, IL 60507-0549
12389796        E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2009 00:52:28
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
11177331       +E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2009 00:52:27
                 Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11356896        E-mail/PDF: BNCEmails@blinellc.com Dec 15 2009 01:14:42     Roundup Funding, LLC,    MS 550,
                 PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11038245        Glacier Treats
11038263        Sears/ CBSD,    8725 W. Sahara Ave.,    MC02-02-03,    WA 98163
aty*           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
                 Sycamore, IL 60178-3140
                                                                                              TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: mgonzalez            Page 2 of 2               Date Rcvd: Dec 14, 2009
Case: 06-15721                 Form ID: pdf006            Total Noticed: 45

            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+++' were transmitted to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2009**     **Signature:**     _Joseph Speetjens_