# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BENSON, PAUL L.  
     BENSON, ROBIN S.  
     GLACIER TREATS, INC.

Case No. 06-15721

Chapter 7

Debtors

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $353,167.17  
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $5,427.03

Claims Discharged Without Payment: $3,250.06

Total Expenses of Administration: $1,626.89

---

3) Total gross receipts of $ 7,053.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,053.92 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,626.89 | 1,626.89 | 1,626.89 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 8,677.09 | 8,677.09 | 5,427.03 |
| **TOTAL DISBURSEMENTS** | $0.00 | $10,303.98 | $10,303.98 | $7,053.92 |

    4) This case was originally filed under Chapter 7 on November 30, 2006. The case was pending for 52 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2011          By: /s/BRADLEY J. WALLER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EQUIPMENT | 1129-000 | 6,000.00 |
| ADDITIONAL MINOR EQUIPMENT | 1129-000 | 1,000.00 |
| Interest Income | 1270-000 | 53.92 |
| **TOTAL GROSS RECEIPTS** | | **$7,053.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,455.39 | 1,455.39 | 1,455.39 |
| BRADLEY J. WALLER | 2200-000 | N/A | 171.50 | 171.50 | 171.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,626.89 | 1,626.89 | 1,626.89 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Com Ed | 7100-000 | N/A | 1,122.55 | 1,122.55 | 702.10 |
| 2 | Discover Bank/Discover Financial Services | 7100-000 | N/A | 3,571.68 | 3,571.68 | 2,233.88 |
| 3 | Lockport Dental Group | 7100-000 | N/A | 445.30 | 445.30 | 278.51 |
| 6 | GE Money Bank d/ba JCPenney | 7100-000 | N/A | 164.42 | 164.42 | 102.84 |
| 7 | Classic Mix | 7100-000 | N/A | 327.75 | 327.75 | 204.99 |
| 9 | Kohls/Chase Bank USA,N.A. | 7100-000 | N/A | 181.54 | 181.54 | 113.54 |
| 10 | Law Offices of Barry Serota & Assoc | 7100-000 | N/A | 1,566.25 | 1,566.25 | 979.60 |
| 11 | Household Bank (SB), N.A. | 7100-000 | N/A | 84.44 | 84.44 | 52.81 |
| 12 | Discover Bank/Discover Financial Services | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 551.95 | 551.95 | 345.21 |
| 14 | Rich Lane | 7100-000 | N/A | 445.50 | 445.50 | 278.64 |
| 15 | Roundup Funding, LLC | 7100-000 | N/A | 215.71 | 215.71 | 134.91 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 8,677.09 | 8,677.09 | 5,427.03 |

UST Form 101-7-TDR (10/1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-15721  
**Case Name:** BENSON, PAUL L.  
BENSON, ROBIN S.  
**Period Ending:** 04/05/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 11/30/06 (f)  
**§341(a) Meeting Date:** 01/04/07  
**Claims Bar Date:** 05/03/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | RESIDENCE | 230,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 35.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING ACCOUNT-HARRIS BANK | 75.00 | 0.00 | DA | 0.00 | FA |
| 4 | SAVINGS ACCOUNT-BANK FINANCIAL | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | CHECKING ACCOUNT-NATIONAL CITY | 80.00 | 0.00 | DA | 0.00 | FA |
| 6 | CHECKING ACCOUNT-HARRIS BANK | 57.00 | 0.00 | DA | 0.00 | FA |
| 7 | CHECKING ACCOUNT-FIRST FEDERAL | 145.00 | 0.00 | DA | 0.00 | FA |
| 8 | HOUSEHOLD GOODS | 675.00 | 0.00 | DA | 0.00 | FA |
| 9 | MISC DVD'S & CD'S | 35.00 | 0.00 | DA | 0.00 | FA |
| 10 | WEARING APPAREL | 275.00 | 0.00 | DA | 0.00 | FA |
| 11 | MISC. JEWELRY & WEDDING RINGS | 350.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1993 CAMPER | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | LIFE INSURANCE(P.L) | 750.00 | 0.00 | DA | 0.00 | FA |
| 14 | LIFE INSURANCE | 7,078.00 | 0.00 | DA | 0.00 | FA |
| 15 | 401 K | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | UNION PENSION | Unknown | 0.00 | DA | 0.00 | FA |
| 17 | GCIU PENSION | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | TYPOGRAPHICAL UNION PENSION | Unknown | 0.00 | DA | 0.00 | FA |
| 19 | GM PSP SAVINGS PLAN | 11,581.00 | 0.00 | DA | 0.00 | FA |
| 20 | IRA-JANNISON DRYDEN | 1,810.00 | 0.00 | DA | 0.00 | FA |
| 21 | THRIVENT FINANCIAL IRA | 2,900.00 | 0.00 | DA | 0.00 | FA |
| 22 | THRIVENT FINANACIAL IRA | 2,900.00 | 0.00 | DA | 0.00 | FA |
| 23 | ROTH IRA | 1,716.00 | 0.00 | DA | 0.00 | FA |
| 24 | 100% INTEREST IN GALCIER TREATS, INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | ALBERTSON STOCK | 140.00 | 0.00 | DA | 0.00 | FA |
| 26 | SAVINGS BOND | 250.00 | 0.00 | DA | 0.00 | FA |
| 27 | EQUIPMENT | 6,000.00 | 6,000.00 | | 6,000.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-15721  
**Case Name:** BENSON, PAUL L.  
BENSON, ROBIN S.  
**Period Ending:** 04/05/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 11/30/06 (f)  
**§341(a) Meeting Date:** 01/04/07  
**Claims Bar Date:** 05/03/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 28 | ADDITIONAL MINOR EQUIPMENT | Unknown | 1,000.00 | | 1,000.00 | FA |
| 29 | 1/2 INTEREST ALERO | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 30 | 1994 GRAND PRIX | 500.00 | 0.00 | DA | 0.00 | FA |
| 31 | 2003 HYUNDI SANTA FE | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 32 | 2003 YAMAHA ZUMA SCOOTER | 600.00 | 0.00 | DA | 0.00 | FA |
| 33 | COMPUTER SYSTEM | 500.00 | 0.00 | DA | 0.00 | FA |
| 34 | INVENTORY-GLACIER TREATS | 2,415.17 | 0.00 | DA | 0.00 | FA |
| 35 | TIMESHARE | 8,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 53.92 | FA |
| 36 | Assets  Totals (Excluding unknown values) | **$359,167.17** | **$7,000.00** | | **$7,053.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008      **Current Projected Date Of Final Report (TFR):**   December 10, 2009 (Actual)

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 06-15721  
**Case Name:** BENSON, PAUL L.  
BENSON, ROBIN S.  
**Taxpayer ID #:** **-***6572  
**Period Ending:** 04/05/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****46-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/07 | | UEQ Corporation | Sale of Equipment per court order of 02/02/2007 | | 7,000.00 | | 7,000.00 |
| | {27} | | Sale of Equipment per court order of 02/02/2007    6,000.00 | 1129-000 | | | 7,000.00 |
| | {28} | | Sale of Equipment per court order of 02/02/2007    1,000.00 | 1129-000 | | | 7,000.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.73 | | 7,003.73 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.86 | | 7,007.59 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.86 | | 7,011.45 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.61 | | 7,015.06 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.99 | | 7,019.05 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.87 | | 7,022.92 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.50 | | 7,026.42 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.12 | | 7,030.54 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.65 | | 7,034.19 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.58 | | 7,037.77 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.21 | | 7,040.98 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.44 | | 7,042.42 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.30 | | 7,043.72 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.98 | | 7,044.70 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.88 | | 7,045.58 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.89 | | 7,046.47 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.89 | | 7,047.36 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.83 | | 7,048.19 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.92 | | 7,049.11 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.76 | | 7,049.87 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.55 | | 7,050.42 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 7,050.91 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,051.19 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 7,051.45 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,051.75 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,052.03 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 7,052.30 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,052.60 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,052.89 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,053.18 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,053.46 |

Subtotals:   $7,053.46   $0.00

{} Asset reference(s)

Printed: 04/05/2011 10:19 AM   V.12.56

Case 06-15721   Doc 64   Filed 04/05/11   Entered 04/05/11 10:41:17   Desc Main
Document      Page 8 of 10

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-15721  
**Case Name:** BENSON, PAUL L.  
BENSON, ROBIN S.  
**Taxpayer ID #:** **-***6572  
**Period Ending:** 04/05/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****46-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,053.74 |
| 11/19/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.18 | | 7,053.92 |
| 11/19/09 | | To Account #********4666 | | 9999-000 | | 7,053.92 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,053.92 | 7,053.92 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,053.92 | |
| | | | Subtotal | | 7,053.92 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,053.92 | $0.00 | |

{} Asset reference(s)

Printed: 04/05/2011 10:19 AM    V.12.56

Exhibit 9

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-15721  
**Case Name:** BENSON, PAUL L.  
BENSON, ROBIN S.  
**Taxpayer ID #:** **-***6572  
**Period Ending:** 04/05/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****46-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/19/09 | | From Account #********4665 | | 9999-000 | 7,053.92 | | 7,053.92 |
| 01/15/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,455.39, Trustee Compensation; Reference: | 2100-000 | | 1,455.39 | 5,598.53 |
| 01/15/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $171.50, Trustee Expenses; Reference: | 2200-000 | | 171.50 | 5,427.03 |
| 01/15/10 | 103 | Com Ed | Dividend paid 62.54% on $1,122.55; Claim# 1; Filed: $1,122.55; Reference: | 7100-000 | | 702.10 | 4,724.93 |
| 01/15/10 | 104 | Discover Bank/Discover Financial Services | Dividend paid 62.54% on $3,571.68; Claim# 2; Filed: $3,571.68; Reference: | 7100-000 | | 2,233.88 | 2,491.05 |
| 01/15/10 | 105 | Lockport Dental Group | Dividend paid 62.54% on $445.30; Claim# 3; Filed: $445.30; Reference: | 7100-000 | | 278.51 | 2,212.54 |
| 01/15/10 | 106 | GE Money Bank d/ba JCPenney | Dividend paid 62.54% on $164.42; Claim# 6; Filed: $164.42; Reference: | 7100-000 | | 102.84 | 2,109.70 |
| 01/15/10 | 107 | Classic Mix | Dividend paid 62.54% on $327.75; Claim# 7; Filed: $327.75; Reference: | 7100-000 | | 204.99 | 1,904.71 |
| 01/15/10 | 108 | Kohls/Chase Bank USA,N.A. | Dividend paid 62.54% on $181.54; Claim# 9; Filed: $181.54; Reference: | 7100-000 | | 113.54 | 1,791.17 |
| 01/15/10 | 109 | Law Offices of Barry Serota & Assoc | Dividend paid 62.54% on $1,566.25; Claim# 10; Filed: $1,566.25; Reference: | 7100-000 | | 979.60 | 811.57 |
| 01/15/10 | 110 | Household Bank (SB), N.A. | Dividend paid 62.54% on $84.44; Claim# 11; Filed: $84.44; Reference: | 7100-000 | | 52.81 | 758.76 |
| 01/15/10 | 111 | LVNV Funding LLC its successors and assigns as | Dividend paid 62.54% on $551.95; Claim# 13; Filed: $551.95; Reference: | 7100-000 | | 345.21 | 413.55 |
| 01/15/10 | 112 | Rich Lane | Dividend paid 62.54% on $445.50; Claim# 14; Filed: $445.50; Reference: | 7100-000 | | 278.64 | 134.91 |
| 01/15/10 | 113 | Roundup Funding, LLC | Dividend paid 62.54% on $215.71; Claim# 15; Filed: $215.71; Reference: | 7100-000 | | 134.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,053.92 | 7,053.92 | $0.00 |
| | | | Less: Bank Transfers | | 7,053.92 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,053.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,053.92** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 06-15721 | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|
| Case Name: | BENSON, PAUL L. | Bank Name: | The Bank of New York Mellon |
| | BENSON, ROBIN S. | Account: | 9200-******46-66 - Checking Account |
| Taxpayer ID #: | **-***6572 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/05/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****46-65 | 7,053.92 | 0.00 | 0.00 |
| Checking # ***-*****46-66 | 0.00 | 7,053.92 | 0.00 |
| Checking # 9200-******46-66 | 0.00 | 0.00 | 0.00 |
| | $7,053.92 | $7,053.92 | $0.00 |

{} Asset reference(s)

Printed: 04/05/2011 10:19 AM    V.12.56